UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
AT ASHLAND

**CRIMINAL ACTION NO. 15-9-DLB-EBA**

UNITED STATES OF AMERICA                                                      PLAINTIFF

vs.        **ORDER ADOPTING REPORT AND RECOMMENDATION**

DELPHIA CLARK LUNSFORD                                       DEFENDANT

*************

This matter is before the Court upon the Report and Recommendation ("R&R") of United States Magistrate Judge Edward B. Atkins (Doc. # 26), wherein he recommends that the Court grant Defendant Delphia Clark Lunsford's Motion to Modify Conditions of Release (Doc. # 22). During a telephonic status conference conducted by Judge Atkins on December 7, 2015 (Doc. # 24), Assistant United States Attorney Anthony Bracke stated that he had no objection to removing Defendant's ankle bracelet so long as she remains under home confinement and monitored by home visits and phone calls for the remaining period of her probation. Both parties having waived their right to file objections, the R&R is ripe for the Court's consideration. Having reviewed the R&R, and the Court concluding that it is sound in all respects, and being otherwise sufficiently advised,

**IT IS ORDERED** as follows:

(1)      Judge Atkins' Report and Recommendation (Doc. # 26) is hereby **ADOPTED** as the findings of fact and conclusions of law of the Court; and

1

(2)     Defendant's Motion to Modify Conditions of Release (Doc. # 22) is hereby **GRANTED**, on the condition that she remain subject to home confinement, home visits and phone calls by the United States Probation Office.

This 8th day of December, 2015.



G:\DATA\ORDERS\Ashland Criminal\2015\15-9 Order Adopting R&R re Modification of Release Conditions.wpd